No. 439, Misc. MARES *v.* HILL, WARDEN. Supreme Court of Utah. Certiorari denied. Petitioner *pro se.* *Clinton D. Vernon,* Attorney General of Utah, and *Quentin L. R. Alston,* Assistant Attorney General, for respondent.

No. 478, Misc. DAVIS *v.* CRANOR, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 485, Misc. DE POE *v.* CLAUDY, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 487, Misc. DANIELS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 490, Misc. MAHURIN *v.* MORRIS ET AL. Supreme Court of Missouri. Certiorari denied.

No. 495, Misc. VOLKMANN *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 496, Misc. McGARRY *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 497, Misc. CHANDLER *v.* HEINZE, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 450. GARRETT ET AL. *v.* FAUST ET AL., 340 U. S. 931. Motion for leave to file a second petition for rehearing denied.

No. 643. POHL ET AL. *v.* ACHESON, SECRETARY OF STATE, ET AL., *ante,* p. 916. Rehearing denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.